# IN THE SUPREME COURT OF THE STATE OF NEVADA

CALVIN J. LESLIE,
Appellant,
vs.
JOYCE PERLMAN,
Respondent.

No. 75959

FILED

JUN 04 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order dismissing an appeal from a justice court summary eviction order. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

Our review of this appeal reveals a jurisdictional defect. Appellant's case arose in the justice court. The district court has final appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, § 6; *Waugh v. Casazza*, 85 Nev. 520, 458 P.2d 359 (1969). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____Cherry_____, J.
Cherry

_____Hardesty_____, J.
Hardesty

_____Stiglich_____, J.
Stiglich

---

[1]In light of this order, we deny as moot appellant's emergency motion to stay the summary eviction.

SUPREME COURT
OF
NEVADA

(O) 1947A

18-20982

cc: Hon. Ronald J. Israel, District Judge
Calvin J. Leslie
Joyce Perlman
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A